UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 20-05273 |
| ) | | |
| JOHN HOPMAN, and ) | Chapter: | 13 |
| NORMA HOPMAN ) | | |
| ) | Honorable LaShonda A. Hunt | |
| ) | Joliet | |
| Debtor(s) ) | | |

**AGREED ORDER CONDITIONING AUTOMATIC STAY**

This matter coming before the Court upon the Motion of HYUNDAI MOTOR FINANCE COMPANY ("Hyundai") to Modify Automatic Stay, and the parties being in agreement;

IT IS HEREBY ORDERED:

1. The automatic stay remains in effect as to Hyundai, subject to the conditions of this Order;

2. John Hopman and Norma Hopman ("Debtors") agree to at all times maintain valid insurance on the 2020 Hyundai Palisade motor vehicle bearing a Vehicle Identification Number of KM8R5DHE2LU046017 (the "Vehicle") wherein Hyundai is listed as the lienholder/loss payee and agree to provide Hyundai with proof of same upon renewal or any changes in coverage;

3. If Debtors fail to tender payment to Hyundai pursuant to the Chapter 13 Plan and Retail Installment Contract, to the extent that non-payment results in a default in payment obligations to Hyundai of two (2) or more monthly payments, or otherwise fail to comply with any of the other terms or conditions of this Order, such failure will constitute a default by Debtors of the provisions of this Order;

4. Upon default as described above, Hyundai will serve upon Debtors and counsel a Notice of Default;

5. If such default is not cured within fourteen (14) days of notice, the automatic stay will terminate upon the filing of a Notice of Termination and Hyundai will have the right to pursue its in rem nonbankruptcy remedies with respect to the Vehicle without having to seek further leave of Court.

AGREED:

/s/ Martin J. O'Hearn                 /s/ Cari A. Kauffman
On behalf of Debtors, John Hopman     On behalf of Hyundai Motor Finance
and Norma Hopman                      Company

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 7/9/2021

**Prepared by:**

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)