## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                          Case No. 20-05273

John Hopman
  *aka John J. Hopman*
  *aka John J. Dopman*
  *aka John J. Drpman*                          Chapter 13
  *aka Blue Pir Transport Inc*
Norma Hopman
  *aka Norma Esparza*

Debtors.                                        Hon. Judge LaShonda A. Hunt

---

### NOTICE OF MOTION OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT TO MODIFY AUTOMATIC STAY

---

**VIA ELECTRONIC NOTICE:**

    Martin J. O'Hearn, Law Offices of Martin J. O'Hearn, 10047 S Western Ave, Chicago, IL 60643

    Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

**VIA U.S. MAIL:**

    John Hopman, 11629 Deer Run Drive, Mokena, IL 60448

    Norma Hopman, 11629 Deer Run Drive, Mokena, IL 60448

PLEASE TAKE NOTICE that on September 23, 2021, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on October 22, 2021 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any judge sitting in that judge's place, and present the attached ***Motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT to Modify Automatic Stay,*** which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby attached and served upon you by electronic notice or U.S. Mail.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted.  To appear and be heard on the
motion, you must do the following:

**To appear by video,** use this link:  https://www.zoomgov.com/.  Then enter the meeting
ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.
 Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **161 165 5696** and the
password is **7490911**.  The meeting ID and password can also be found on the judge's
page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date. If a Notice of Objection
is timely filed, the motion will be called on the presentment date. If no Notice of Objection is
timely filed, the court may grant the motion without a hearing.

Dated: September 23, 2021                    Respectfully Submitted,

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (OH 0083702)
                                             Sottile & Barile, Attorneys at Law
                                             394 Wards Corner Road, Suite 180
                                             Loveland, OH 45140
                                             Phone: 513.444.4100
                                             Email: bankruptcy@sottileandbarile.com
                                             Attorney for Movant

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with
the attached Motion upon the above-named parties by electronic filing or, as noted above, by
placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the
United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September
23, 2021, before the hour of 5:00 p.m.

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (OH 0083702)
                                             Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                     Case No. 20-05273

John Hopman                         Chapter 13
   *aka John J. Hopman*
   *aka John J. Dopman*
   *aka John J. Drpman*
   *aka Blue Pir Transport Inc*
Norma Hopman
   *aka Norma Esparza*

Debtors.                             Hon. Judge LaShonda A. Hunt

## MOTION OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT FOR RELIEF FROM STAY

NOW COMES U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT (hereinafter, "Movant"), a secured creditor herein, by and through its attorneys, the law firm of Sottile & Barile, LLC, moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On January 23, 2013, the Debtors did execute a certain Note in the amount of $384,899.00 (Exhibit A), secured by a Mortgage on the property commonly known as 11629 DEER RUN DRIVE, MOKENA, IL 60448 (Exhibit B).

3. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtors' filing of this petition on February 26, 2020.

4.  The Debtors' Modified Chapter 13 Plan was confirmed on July 17, 2020. Section 3 of the Modified Plan provides for the Debtors to make current monthly mortgage payments directly to Movant and provides for Movant to receive monthly disbursements from the Chapter 13 Trustee to cure the pre-petition arrearage claim.

5.  As of September 22, 2021, there remains due and owing on the Note and Mortgage referenced in paragraph two hereof, the unpaid balance of $372,512.41.

6.  As of September 22, 2021, the Debtors are delinquent on post-petition mortgage payments to Movant for the months of March 1, 2020 through September 1, 2021 for a default of $61,296.21.

7.  Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

8.  This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated: September 23, 2021                    Respectfully Submitted,

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (OH 0083702)
                                             Sottile & Barile, Attorneys at Law
                                             394 Wards Corner Road, Suite 180
                                             Loveland, OH 45140
                                             Phone: 513.444.4100
                                             Email: bankruptcy@sottileandbarile.com
                                             Attorney for Movant